IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ANGELO DIXON, JR., <br> Plaintiff <br><br> v. <br><br> COMMONWEALTH OF <br> PENNSYLVANIA, *et al.*, <br> Defendants | : No. 1:25cv1915 <br> : <br> : (Judge Munley) <br> : <br> : (Magistrate Judge Schwab) <br> : <br> : <br> : <br> : |

## ORDER

Before the court is a Report and Recommendation ("R&R") from United States Magistrate Judge Susan E. Schwab regarding Plaintiff Michael Angelo Dixon's amended complaint. (Doc. 10). The R&R recommends that Dixon's amended complaint be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Pursuant to the Rules of Court for the Middle District of Pennsylvania, the Dixon had fourteen (14) days to object to the R&R. M.D.PA. L.R. 72.3. No objections to the R&R have been filed and the time for such filing has passed.

In deciding whether to adopt an R&R when no timely objections are filed, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b), 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear

error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After review, the court thus finds neither clear error on the face of the record nor a manifest injustice in Magistrate Judge Schwab's analysis, and therefore, the court will accept the R&R and adopt it in its entirety.

It is thus hereby **ORDERED** as follows:

1) The R&R, (Doc. 10), is **ADOPTED**;

2) Dixon's amended complaint, (Doc. 8), is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

3) The Clerk of Court is directed to close this case.

Date: 12/30/25

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court